Christine Pham, CA Bar # 227033
LEGAL HELPERS, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel: 866.339.1156
Fax: 312.822.1064
Email: cph@legalhelpers.com
*Attorneys for Plaintiff Bonnie Hale*

E-filing

ADR

FILED
2010 OCT -4 P 2: 22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Bonnie J. Hale,<br><br>       Plaintiff,<br><br>v.<br><br>Northstar Location Services, LLC,<br><br>       Defendant. | Case No.<br><br>CV 10- 4473 PVT<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Christine Pham
Christine Pham
260 California Street, Suite 801
San Francisco, CA 94111
Tel: 866.339.1156
Fax: 312.822.1064
Email: cph@legalhelpers.com
*Attorneys for Plaintiff*