UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Bonnie J. Hale,<br><br>      Plaintiff,<br><br>v.<br><br>Northstar Location Services, LLC,<br><br>      Defendant. | Case No. 5:10-cv-4473-PVT<br><br>XXXXXXXXXXXX **ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME** |

For good cause shown, the Court hereby Grants Plaintiff's Motion to Enlarge Time. The Court's Order Setting Initial Case Management Conference and ADR Deadlines is amended as follows:

January 3, 2011 is the last day for the parties to (1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, (2) file ADR Certification signed by Parties and Counsel, and (3) file either Stipulation to ADR Process or a Notice of Need for ADR Phone Conference.

January 17, 2011 is the last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement.

It is further ordered that the Initial Case Management Conference is continued to January 25, 2011.

Dated:  November 30, 2010

**IT IS SO ORDERED.**

*Patricia V. Trumbull*
**MAGISTRATE JUDGE Patricia V. Trumbull**