UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
* * * * * * * * * * *

CASE NO:     5-10-cv-04473-PVT
TITLE:       Hale v. Northstar Location Services, LLC

### REASSIGNMENT ORDER
(Assignment Plan - Paragraph I)

IT IS ORDERED that this case is reassigned to the Honorable Paul S. Grewal for all further proceedings.

1. All future filings shall bear the new initials PSG immediately after the case number.
2. All subsequent hearings shall be held in Courtroom 5 on the 4th Floor of the United States Courthouse, 280 S. 1st Street, San Jose, California.
3. Cases previously referred to an ADR process (at filing, by order of the previously assigned judge or by stipulation and order) shall proceed under the terms of the applicable ADR local rule. Dates for previously scheduled ADR telephone conferences shall remain in effect.
4. All discovery cutoff dates and other deadlines associated with this case, such as disclosure and expert deadlines, shall remain in effect.
5. Unless otherwise ordered by the court, case management conferences remain calendared for the same date and time, in the same courtroom.
6. All pretrial conference and trial dates currently set for dates EARLIER than January 31, 2011, are VACATED.  In all such cases, all discovery cutoff dates and other deadlines associated with the case shall remain in effect, and the parties shall request a status conference.
7. All pretrial conference and trial dates currently set ON OR AFTER January 31, 2011, as well as other deadlines associated with the case, shall remain in effect, unless and until otherwise ordered by the court.

DATED:  12/6/10                                    FOR THE EXECUTIVE COMMITTEE:


                                                   _____
                                                   Richard W. Wieking, Clerk