RECEIVED
2010 DEC -6 P 2: 44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

FILED
DEC 07 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Bonnie Hale

Plaintiff,

v.

Northstar Location Services, LLC

Defendant.

CASE NO. 5:10-cv-4473-PVT PSG

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Timothy J. Sostrin , whose business address and telephone number is

233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Telephone: 312-753-7576

and who is an active member in good standing of the bar of The Supreme Court of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing plaintiff Bonnie Hale

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 7, 2010

Paul S. Grewal
United States District Judge
~~Patricia V. Trumbull~~
Paul S. Grewal

United States District Court
For the Northern District of California