UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BONNIE J. HALE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>　　　　　Defendant.<br>_____ | Case No.: C 10-04473 PSG<br><br>**ORDER DENYING STIPULATION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>(Docket No. 18) |

　　　　On January 14, 2011, the parties filed a stipulation requesting to appear by telephone at the case management conference scheduled to be held on January 25, 2011 at 2PM. Local counsel for Plaintiff Bonnie J. Hale and counsel for Defendant Northstar Location Services, LLC are located in San Francisco. Having reviewed the stipulation,

　　　　IT IS HEREBY ORDERED that the parties' stipulation is DENIED. The parties shall appear for the case management conference on January 25, 2011 at 2PM in courtroom 5.

　　　　IT IS SO ORDERED.

Dated:　January 18, 2011

　　　　　　　　　　　　　　　　　　　　　　　*Paul S. Grewal*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*