**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Bonnie J. Hale, | Case No. 5:10-cv-4473-PSG |
| Plaintiff, | |
| v. | **ORDER GRANTING LEAVE TO** |
| | **WITHDRAW APPEARANCE** |
| Northstar Location Services, LLC, | |
| Defendant. | |

For Good Cause Shown, Timothy Sostrin is hereby granted leave to withdraw his

appearance for Bonnie J. Hale and is terminated from these proceedings.

**IT IS SO ORDERED.**

March 23, 2011

_____

**MAGISTRATE JUDGE Paul S. Grewal**