Cameron W. Carr, (SBN 258884)
LEGAL HELPERS, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  866-399-1156
Fax: 415-986-1850
Email:  cwc@legalhelpers.com
*Attorney for Plaintiff Bonnie J. Hale*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Bonnie J. Hale, <br><br> Plaintiff, <br><br> v. <br><br> Northstar Location Services, LLC, <br><br> Defendant. | Case No. 5:10-cv-4473 <br><br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice, each party to bear its own fees and costs.


RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.
By: /s/ Cameron Carr
Cameron Carr
*Attorney for Plaintiff Bonnie Hale*

Mark C. Russell
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900
Fax: 415-986-8054
Email: mrussell@gordonrees.com
*Attorney for Defendant*

Notice of Dismissal- 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2011, I electronically filed the foregoing Stipulation via the Court's CM/ECF system, which will perfect service upon the following:

Mark C. Russel
Gordon Rees, LLP
mrussel@gordonrees.com

/s/ Cameron Carr